UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| THE CIT Group/COMMERCIAL SERVICES, INC., )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>CONSTELLATION ENERGY COMMODITIES GROUP, )<br>)<br>and )<br>)<br>CONSTELLATION ENERGY GROUP, INC., )<br>)<br>Appellees. ) | Civil No. 12-16-ART<br><br><br>**JUDGMENT** |

\*\*\* \*\*\* \*\*\* \*\*\*

Pursuant to Federal Rule of Civil Procedure 58 and Federal Rule of Bankruptcy Procedure 8016(a), and consistent with the Memorandum Opinion and Order entered contemporaneously with this Judgment, judgment is **ENTERED** in favor of the appellees, Constellation Energy Commodities Group and Constellation Energy Group, Inc., in part, and the case is **REMANDED** in part. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 30th day of September 2012.



Signed By:
*Amul R. Thapar*  AT
United States District Judge